UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR                    MDL No. 15-2666 (JNE/DTS)
WARMING DEVICES PRODUCTS                          ORDER
LIABILITY LITIGATION

This Document Relates to:
Case No. 16-cv-4205 (*Lily Wilson v. 3M Company*)

After the Court dismissed this action, MDL ECF No. 3393, "Plaintiff Lydia Wilson's Motion to Amend Judgment" was filed. The motion confuses this action, which was brought by Lily Wilson, for another, which was brought by Lydia Wilson.[1] The motion [Docket No. 10] is DENIED.

IT IS SO ORDERED.

Dated: April 24, 2026

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge

---

[1]    Lydia Wilson is a plaintiff in Case Nos. 19-cv-1199 and 22-cv-1825.